UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PASQUEL MARQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>AMY MILLER, Warden,<br><br>        Respondent. | NO. EDCV 14-1215-BRO (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 6, 2016

_____
BEVERLY REID O'CONNELL
United States District Judge